**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAINER JOSE MONTES-RIVERA, | Case No. 5:26-cv-03134-WLH-AYP |
| Petitioner, | **FINAL JUDGMENT** |
| v. | |
| FACILITY ADMINISTRATOR, et al., | |
| Respondents. | |

On June 20, 2026, the Court issued a temporary restraining order ("TRO") ordering Respondents to immediately release Petitioner from detention and enjoining Respondents from continuing to detain Petitioner, or placing any new restriction on Petitioner's liberty such as electronic monitoring, unless he is provided with an individualized bond hearing (with reasonable notice and opportunity to prepare) before an immigration judge pursuant to 8 U.S.C. § 1226(a). (TRO, Dkt. No. 8). The Court further ordered Respondents to show cause as to why the TRO should not be adopted as the final judgment in the case (the "OSC"). (*Id.*). In their Response to the OSC filed on June 30, 2026, Respondents consented to the entry of judgment in this case. (Response, Dkt. No. 11).

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED** that the Petition is **GRANTED**.  Respondents are **PERMANENTLY ENJOINED** from detaining Petitioner, or placing any other restriction on Petitioner's liberty without proper process pursuant to the terms of the TRO issued on June 20, 2026. Respondents are **ORDERED** to serve a copy of this Final Judgment on Petitioner at his last known address.  The OSC is hereby **DISCHARGED** and all deadlines and hearings in the case are **VACATED**.

Dated: July 1, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE